**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**SHANE ZITKOVICH,**<br><br>　　　　　　**Defendant.** | **Case No.  CR07-5245**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, CAPT. KEN TYNDAHL; The defendant appears personally and represented by counsel, LINDA SULLIVAN;

The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision.

The defendant has:
(X) acknowledge his right to a hearing on the merits, voluntarily waived that hearing and acknowledged violating the conditions of supervision as set forth below:
1. Failing to report for drug testing Feb. 20, March 21, and April 2, 2008;
2. Using alcohol on or before February 26, 2008;
3. Using alcohol on or about March 12, 2008;
4. Failing to participate in substance abuse treatment March 14, 2008.

The government has moved for dismissal of allegation number 5. – Use of non-prescription steroids on or about April 21, 2008.

The court having determined that the defendant violated the conditions of supervision, as set forth in violations 1, 2, 3, and 4, now therefore the court schedules a disposition hearing as set forth below:

　　　　DATE:　　DECEMBER 18, 2008
　　　　TIME:　　2:00 P.M.

**Defendant's supervision remains in full force and effect.**

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　**June 10, 2008.**

　　　　　　　　　　　　 */s/ J. Kelley Arnold*_____
　　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1