**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**SHANE T. ZITKOVICH,**<br><br>        **Defendant.** | **Case No.  CR07-5245 JKA**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

**The plaintiff appears through Special/Assistant United States Attorney, BARBARA SIEVERS;**

**The defendant appears personally and represented by counsel, LINDA SULLIVAN;**

**The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision.**

**The defendant has:**
**( X ) acknowledge his right to a hearing on the merits, voluntarily waived that hearing and acknowledged violating the conditions of supervision as set forth below:**
    **1. Failing to report for drug testing February 20; March 21; April 2, 2008;**
    **2. Using alcohol February 26, 2008;**
    **3. Using alcohol March 12, 2008;**
    **4. Failing to participate in substance abuse treatment March 14, 2008.**

**(X)   The government has moved to dismiss allegation 5. Alleging use of non-prescription steroids on April 21, 2008.**

**( X ) defendant has been advised of allegation 6. Alleging the use of alcohol June 15, 2006 and as requested an evidentiary hearing, which hearing is scheduled as follows:**

        **DATE:**    **JULY 25, 2008**
        **TIME:**    **1:30 P.M.**

**( X ) been found to be in violation of his supervised release (allegations 1 thru 4 set forth above)as set forth below and is hereby detained pending the evidentiary hearing scheduled for July 25, 2008.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

                            **July 14, 2008.**

                                      _/s/ J. Kelley Arnold_____
                                      **J. Kelley Arnold, U.S. Magistrate Judge**